NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MONKEYMEDIA, INC.,**
*Appellant*

v.

**BUENA VISTA HOME ENTERTAINMENT, INC.,
LIONS GATE ENTERTAINMENT INC.,
PARAMOUNT HOME ENTERTAINMENT INC.,
TWENTIETH CENTURY FOX HOME
ENTERTAINMENT LLC, UNIVERSAL STUDIOS
HOME ENTERTAINMENT LLC, WARNER BROS.
HOME ENTERTAINMENT INC.,**
*Appellees*

---

2016-1558

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/002,256.

---

**JUDGMENT**

---

WILLIAM CHRISTIAN, Graves Dougherty Hearon & Moody, PC, Austin, TX, argued for appellant. Also represented by MATTHEW CHRISTOPHER POWERS.

BRIAN ROBERT MATSUI, Morrison & Foerster LLP, Washington, DC, argued for appellees. Also represented by SETH W. LLOYD, JOSEPH R. PALMORE; DAVID LEE FEHRMAN, MEHRAN ARJOMAND, VINCENT JOSEPH BELUSKO, Los Angeles, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 January 18, 2017                  /s/ Peter R. Marksteiner
        Date                        Peter R. Marksteiner
                                    Clerk of Court